

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

September 20, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/2024

## MEMORANDUM ENDORSED

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Alexis Mercedes*, 24 Cr. 408 (GHW)

Dear Judge Woods:

    In light of the Probation Office's request for additional time to prepare the Presentencing Investigation Report, the parties write to respectfully request that the Court adjourn the sentencing currently scheduled for October 10, 2024 until November 22, 2024 at 9 am.  All parties, including Probation, are available on the proposed new date and time for the sentencing.

Sincerely,

DAMIAN WILLIAMS
United States Attorney

By: *(signature)*
Katherine Cheng
Assistant United States Attorney
Southern District of New York
katherine.cheng@usdoj.gov
212-637-2492

cc:    All counsel of record (by ECF)

Application granted.  The sentencing hearing scheduled for October 10, 2024 is adjourned to November 22, 2024 at 9:00 a.m.  The defendant's sentencing submissions are due no later than November 8, 2024.  The Government's sentencing submissions are due no later than November 15, 2024.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 34.
SO ORDERED.
Dated:  September 21, 2024

*(signature)*
GREGORY H. WOODS
United States District Judge