```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :
UNITED STATES OF AMERICA                                         :
                                                                 :   AMENDED CONSENT
            - v. -                                               :   PRELIMINARY ORDER OF
                                                                 :   FORFEITURE AS TO SPECIFIC
ALEXIS MERCEDES,                                                 :   PROPERTY
                                                                 :
            Defendant.                                           :   24 Cr. 408 (GHW)
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       WHEREAS, on or about June 26, 2024 ALEXIS MERCEDES (the "Defendant"), was charged in a two-count Information, 24 Cr. 408 (GHW) (the "Information"), with carjacking, in violation of Title 18, United States Code, Sections 2119(1) and 2 (Count One); and Hobbs Act robbery, in violation Title 18, United States Code, Sections 1951 and 2 (Count Two);

       WHEREAS, the Information included a forfeiture allegation as to Counts One and Two of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924(d)(1) and Title 28, United States Code, Section 2461(c), of any and all firearms and ammunition involved in or used in the offenses charged in Counts One and Two of the Information, including but not limited to:

    a. A black 9mm handgun with Serial Number 778502 (the "Firearm");

    b. one round of 9mm ammunition; and

    c. three rounds of .380 ammunition;

(b. and c., together, the "Ammunition") (the Firearm and Ammunition together, the "Specific Property");

       WHEREAS, on or about June 26, 2024 the Defendant pled guilty to Counts One and Two the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One and Two of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code,

Sections 981(a)(1)(C) and 924(d)(1) and Title 28, United States Code, Section 2461(c), all right, title and interest of the Defendant in the Specific Property;

WHEREAS, on or about June 28, 2024, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 33) forfeiting all of the Defendant's right, title and interest in the Specific Property;

WHEREAS, the Government has been advised that the Firearm and Ammunition referred to above should be more particularly described as follows:

    d. One Black 9mm handgun Model SCCY CPX-2, Serial number 778502

    e. One round of 9mm Blazer Luger ammunition; and

    f. Four (4) rounds of .380 CBC ammunition;

WHEREAS, the Government has been further advised that the Firearm also contained one SCCY 10-round Magazine with cartridges contained within (the "Magazine" together with d. through f., the "Amended Specific Property");

WHEREAS, the Defendant consents to the forfeiture of all his right, title and interest in the firearm, magazine and ammunition seized by the Government at the time of his arrest on or about May 24, 2023, which are more particularly described as the Amended Specific Property, which constitute firearms or ammunition involved in or used in the offenses charged in Counts One and Two of the Information; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Amended Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Danielle Sassoon, United States Attorney, Assistant United States Attorney Katherine Cheng, of counsel, and the Defendant and his counsel, Dawn Florio, Esq., and Declan Murray, Esq., that:

1. As a result of the offenses charged in Counts One and Two of the Information, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Amended Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Amended Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant ALEXIS MERCEDES, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. Upon entry of this Amended Consent Preliminary Order of Forfeiture as to Specific Property, the United States (or its designee) is hereby authorized to take possession of the Amended Specific Property and to hold such property in its secure custody and control.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Amended Specific Property must file a Petition within sixty (60) days from the first day of publication of the

Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Amended Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Amended Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Amended Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Amended Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

9. The Court shall retain jurisdiction to enforce this Amended Consent Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

10. The signature page of this Amended Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DANIELLE SASSOON
United States Attorney for the
Southern District of New York

By: _____   1/21/2025
       KATHERINE CHENG                 DATE
       *Assistant United States Attorney*
       26 Federal Plaza
       New York, NY 10278
       (212) 637-2492


ALEXIS MERCEDES

By: _____   1/22/2025
       ALEXIS MERCEDES                 DATE

By: _____   1/22/2025
       DAWN FLORIO, ESQ.               DATE
       DECLAN MURRAY, ESQ
       *Attorneys for Defendant*
       488 Madison Avenue, 20th Floor
       New York, NY 10022


SO ORDERED:

_____   Jan 22, 2025
HONORABLE GREGORY H. WOODS         DATE
UNITED STATES DISTRICT JUDGE